# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Eastland Music Group, LLC, et al.

                          Plaintiff,

v.                                    Case No.: 1:11–cv–08224

                                    Honorable George W. Lindberg

Lionsgate Entertainment, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 2, 2012:

       MINUTE entry before Honorable George W. Lindberg: Initial status hearing set for 4/4/2012 at 10:00 a.m. is stricken and reset to 5/16/2012 at 10:00 a.m. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.