# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Eastland Music Group, LLC and Raynarldo Whitty,<br><br>    Plaintiffs,<br><br>  v.<br><br>Lionsgate Entertainment, Inc., Summit Entertainment, LLC and Mandate Pictures, LLC,<br><br>    Defendants. | Case Number:<br>11-cv-08224 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Lionsgate Entertainment, Inc., Summit Entertainment, LLC and Mandate Pictures, LLC

| |
|---|
| NAME (Type or print)<br>Joseph P. Bonavita |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Joseph P. Bonavita |
| FIRM<br>Gould & Ratner LLP |
| STREET ADDRESS<br>222 N. LaSalle Street, Suite 800 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291409 | TELEPHONE NUMBER<br>(312) 236-3003 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO XX |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES XX | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO XX |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO XX |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.com

## **CERTIFICATE OF SERVICE**

    I, Joseph P. Bonavita, an attorney, hereby certify that I electronically filed the foregoing **Attorney Appearance Form,** with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record electronically, on May 8, 2012.

        Ronald A DiCerbo
        McAndrews, Held & Malloy, P.C.
        Northwestern Atrium Center
        500 West Madison Street
        Suite 3400
        Chicago, IL 60661
        rdicerbo@mhmlaw.com

                              /s/Joseph P. Bonavita

4851-0091-2911, v. 1

American LegalNet, Inc.
www.USCourtForms.com