UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

EASTLAND MUSIC GROUP, LLC, a Florida Limited
Liability Company, and RAYNARLDO WHITTY

        Plaintiffs,

   v.

LIONSGATE ENTERTAINMENT, INC., a Delaware
Corporation, SUMMIT ENTERTAINMENT, LLC, a
Delaware Limited Liability Company, and MANDATE
PICTURES, LLC, a Delaware Limited Liability Company,

        Defendants.

Case No: 11-cv-08224

Judge Lindberg

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on May 16, 2012, at 10:00 a.m., or as soon as thereafter counsel may be heard, we will appear before the Honorable George W. Lindberg, or any judge sitting in his stead, in Courtroom 2525, and shall then and there present **DEFENDANTS SUMMIT ENTERTAINMENT LLC'S, MANDATE PICTURES, LLC'S, AND LIONS GATE ENTERTAINMENT, INC.'S BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**.

    **DEFENDANTS SUMMIT ENTERTAINMENT, LLC, MANDATE PICTURES, LLC AND LIONS GATE ENTERTAINMENT, INC**.

    /s/   Joseph P. Bonavita

    Tom J. Ferber
    Ross M. Bagley
    PRYOR CASHMAN LLP
    7 Times Square
    New York, New York 10036
    (212) 421-4100

    Joseph P. Bonavita
    GOULD & RATNER LLP
    222 North LaSalle Street, Suite 800
    Chicago, Illinois 60601
    (312) 236-3003

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Joseph P. Bonavita, an attorney, hereby certify that I electronically filed the foregoing **NOTICE OF MOTION,** as well as **DEFENDANTS SUMMIT ENTERTAINMENT LLC'S, MANDATE PICTURES, LLC'S, AND LIONS GATE ENTERTAINMENT, INC.'S BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record electronically, on May 14, 2012. Copies of same were also served via messenger on the same date to the following individuals.

>
> Ronald A DiCerbo
> McAndrews, Held & Malloy, P.C.
> Northwestern Atrium Center
> 500 West Madison Street
> Suite 3400
> Chicago, IL 60661
> rdicerbo@mhmlaw.com
>
> /s/   Joseph P. Bonavita

2