**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Eastland Music Group, LLC, et al.
                              Plaintiff,

v.                                              Case No.: 1:11−cv−08224
                                                Honorable George W. Lindberg

Lionsgate Entertainment, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 16, 2012:

  MINUTE entry before Honorable George W. Lindberg: By request of the parties, status hearing set for 5/16/2012 at 10:00 a.m. is stricken and reset to 5/30/2012 at 10:00 a.m. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.