**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Eastland Music Group, LLC, et al.
                              Plaintiff,

v.                                                Case No.: 1:11−cv−08224
                                                   Honorable George W. Lindberg

Lionsgate Entertainment, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 30, 2012:

      MINUTE entry before Honorable George W. Lindberg: Status hearing held and continued to 6/27/2012 at 10:00 a.m. The parties are ordered to report on the outcome of their face−to−face settlement conference on 6/27/2012 and not 7/11/2012. All discovery, including expert discovery to be completed by 10/3/2012. Discovery status hearing set for 9/5/2012 at 10:00 a.m. Dispositive motions due by 10/17/2012. Responses due by 10/31/2012. Replies due by 11/7/2012. Ruling on or before 12/5/2012 at 10:00 a.m. Final pretrial order to be submitted to chambers by 2:00 p.m. on 12/20/2012. Trial date set for 1/21/2012 at 10:00 a.m. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.